IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:26-CR-00069-M

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>Eric Constantine Byrd. | UNOPPOSED MOTION TO CONTINUE PRETRIAL MOTIONS DEADLINE AND ARRAIGNMENT |

The Defendant, Mr. Byrd, by and through Counsel, hereby moves the Court to CONTINUE the arraignment and pretrial motions deadlines for 60-days in the above-captioned case. In support of this motion, Mr. Byrd states the following:

1. Eric Constantine Byrd has been indicted for transmitting a threat in interstate commerce.

2. Undersigned entered her Notice of Appearance on March 30, 2026.

3. Arraignment is currently set for June 23, 2026.

4. Pretrial motions deadline is currently May26, 2026.

5. Counsel requires additional time to review voluminous discovery with client and attempt a non-trial resolution.

6. There has not been a previous continuance in this matter.

7. The Government has been notified and does not object to this request.

8. Pursuant to 18 U.S.C.§ 3161(h)(7)(A), Mr. Byrd suggests that the ends of justice served by the granting of this motion outweigh the interests of the public and the defendant in a speedy trial.

1

WHEREFORE, Mr. Byrd respectfully requests that the Arraignment and Trial in this case be continued until the August 2026 term of Court and that the pretrial motions deadlines be extended until July 26, 2026.

Respectfully submitted this the 26th day of May, 2026.

G. ALAN DuBOIS
Federal Public Defender

/s/ Leza Lee Driscoll
LEZA LEE DRISCOLL
Assistant Federal Public Defender
Attorney for Defendant
Office of the Federal Public Defender
150 Fayetteville Street, Suite 450
Raleigh, North Carolina 27601
Telephone: 919-856-4236
Fax: 919-856-4477
E-mail: Leza_Driscoll@fd.org
N.C. State Bar No. 20926
LR 57.1 Counsel Appointed

<u>*CERTIFICATE OF SERVICE*</u>

I HEREBY CERTIFY that a copy of the foregoing was served upon:

Logan Liles
United States Attorney's Office - EDNC
150 Fayetteville Street, Suite 2100
Raleigh, NC 27601
919-856-4342
Fax: 919-856-4487

by CM/ECF.

        This the 26th day of May, 2026.

                    G. ALAN DuBOIS
                    Federal Public Defender

                    <u>/s/ Leza Lee Driscoll</u>
                    LEZA LEE DRISCOLL
                    Assistant Federal Public Defender
                    Attorney for Defendant
                    Office of the Federal Public Defender
                    150 Fayetteville Street, Suite 450
                    Raleigh, North Carolina 27601
                    Telephone: 919-856-4236
                    Fax: 919-856-4477
                    E-mail: <u>Leza_Driscoll@fd.org</u>
                    N.C. State Bar No. 20926
                    LR 57.1 Counsel Appointed